UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SOHAIL ABRAHIMZADEZ,<br><br>   *Defendant.* | Civil Action No. 12-1200 (ESH) |

## ORDER TO SHOW CAUSE

Plaintiff Malibu Media, LLC's complaint alleges that defendant Sohail Abrahimzadez infringed upon plaintiff's copyrights to certain adult films. (*See* Complaint, July 23, 2012 [Dkt. No. 1].) Specifically, plaintiff claims that defendant, via the IP address 98.218.235.148, used the BitTorrent protocol to illegally download the identified portions of the following films at the following times:

| Title | Hash[1] | Alleged Infringement Date |
|---|---|---|
| Tiffany Teenagers in Love | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | 11/24/2011 18:02:56 |
| Leila Sex on the Beach | E6294783973F73A65725A7646BD3040EFB35C790 | 11/27/2011 10:48:09 |
| **Girls Night Out** | **3B39460ABF5377A5830F532935B590D40086B834** | **01/06/2012 06:06:12** |
| Veronika Coming Home | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | 02/18/2012 21:13:56 |
| Wild at Heart | B9FEB049859ABFD26080D87A94FD86B89504A2FA | 05/13/2012 22:10:56 |

---

[1] According to plaintiff, "[e]ach piece of [a] BitTorrent file is assigned a unique cryptographic hash value" that "acts as a unique digital fingerprint to ensure a piece of the data belongs in a particular BitTorrent file." (Complaint at 3.)

1

(Complaint, ex. A (emphasis added).)

To this Court's knowledge, since February 2012 plaintiff has filed fourteen civil actions against alleged infringers of its copyrights in the U.S. District Court for the District of Columbia. Thirteen of these civil actions are against Doe defendants.[2] Only one of these actions—the present action—was filed against a named defendant.

One of the incidents of copyright infringement that is alleged against defendant Sohail Abrahimzadez in the present action has been alleged against a Doe defendant in a prior-filed lawsuit. Specifically, in *Malibu Media, LLC v. Does*, No. 12-cv-0235-RC-JMF, plaintiff alleged that Doe defendant number 10, using the IP address identified with defendant Sohail Abrahmzadez in this action, illegally downloaded that portion of Girls Night Out that defendant Sohail Abrhmzadez is alleged to have illegally downloaded in this action, on the same date and time:

SHA-1 Hash: 3B39460ABF5377A5830F532935B590D40086B834
Title: Girls Night Out
Rights Owner: Malibu Media

| Doe # | IP | Hit date |
|---|---|---|
| 10 | 98.218.235.148 | 1/6/2012 6:06 |

Complaint, ex. A, *Malibu Media, LLC v. Does*, No. 12-cv-0235-RC-JMF (D.D.C. Feb. 10, 2012) [Dkt. No. 1].

Therefore, plaintiff is hereby **ORDERED** to show cause, by August 3, 2012, why this action should not be dismissed if plaintiff does not amend its complaint.

>   /s/
>   ELLEN SEGAL HUVELLE

---

[2] *See* 12-cv-0233-RC; 12-cv-0235-RC-JMF; 12-cv-0237-RLW; 12-cv-0761-ESH; 12-cv-0762-BAH; 12-cv-0763-ESH; 12-cv-0764-BAH; 12-cv-0765-JEB-JMF; 12-cv-0766-JDB-JMF; 12-cv-0972-ESH; 12-cv-1118-ESH; 12-cv-1119-EGS; 12-cv-1121-RMC.

United States District Judge

Date: July 27, 2012