## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MALIBU MEDIA, LLC,** | |
| *Plaintiff*, | |
| v. | **Civil Action No. 12-1200 (ESH)** |
| **SOHAIL ABRAHIMZADEH,** | |
| *Defendant.* | |

## <u>ORDER TO SHOW CAUSE</u>

Plaintiff Malibu Media, LLC's amended complaint alleges that defendant Sohail Abrahimzadeh infringed upon plaintiff's copyrights by illegally downloading certain adult films from the internet. (*See* Amended Complaint, August 3, 2012 [Dkt. No. 1].) Plaintiff alleges that "Defendant's acts of copyright infringement occurred using an Internet Protocol address ('IP address') traced to a physical address located within this [judicial] District" and that "Defendant resides (and therefore can be found) in this [judicial] District and resides in this State," but also that Defendant "is an individual who is a resident of the state of Colorado." (*Id.* at 2.) Plaintiff is hereby **ORDERED** to show cause, by August 14, 2012, why this action should not be dismissed for lack of personal jurisdiction or for improper venue under 28 U.S.C. § 1400(a).

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 7, 2012