# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of COLUMBIA

Case Number: 1:12-CV-01200-ESH

Plaintiff:
**MALIBU MEDIA, LLC**
vs.
Defendant:
**SOHAIL ABRAHIMZADEH**


PRS2012014376

For:
Jon A. Hoppe
MADDOX, HOPPE, HOOFNAGLE, & HAFEY, LLC.
1401 Mercantile Ln
Suite 105
Largo, MD  20774

Received by PRIORITY PROCESS to be served on **SOHAIL ABRAHIMZADEH, 1444 RHODE ISLAND AVE NW, APT 707, WASHINGTON, DC 20005.**

I, WILLIAM MALONE, being duly sworn, depose and say that on the **22nd day of September, 2012** at **10:10 am,** I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **SOHAIL ABRAHIMZADEH** at the address of: **1444 RHODE ISLAND AVE NW, APT 707, WASHINGTON, DC 20005,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: BLACK,  Height: 5'8,  Weight: 165,  Hair: BROWN,  Glasses: N

Under penalty of perjury, I certify that the above made statements are true.  I am over the age of 18, under no legal disabilities and have no interest in the above action.

LISA GARTON
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 1/18/2016

**WILLIAM MALONE**
Process Server

Subscribed and sworn to before me on the 24th day of September, 2012 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2012014376

Service Fee: $80.00