Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC

        Plaintiff(s)

Civil Action: 12-cv-01200-ESH

v.

SOHAIL ABRAHIMZADEZ

        Defendant(s)

**RE:** SOHAIL ABRAHIMZADEZ

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 22, 2012, and an affidavit on behalf of the plaintiff having been filed, it is this __2__ day of __November__, __2012__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk