# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALIBU MEDIA, LLC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 12-1200 (ESH) |
| SOHAIL ABRAHIMZADEZ, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Proof of service of process in this case was accomplished on September 24, 2012, indicating that defendant was served on September 22, 2012.  On October 31, 2012, after defendant failed to file a timely response to the complaint, the Court directed plaintiff to cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default had not been filed.  The Court directed plaintiff to do so by November 19, 2012, and advised that failure to comply with the Court's Order would result in dismissal of the complaint for want of prosecution.  Plaintiff moved for entry of default on November 1, 2012, and the Clerk of the Court entered default on November 2, 2012.  However, plaintiff has failed to move for judgment to be entered on the default as the Court ordered it to do.

Accordingly, upon consideration of plaintiff's failure to comply with the Court's Order of October 31, 2012, it is hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23, plaintiff's complaint against defendant is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 20, 2012